```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  SCOTT ALLEN SEARS,              )   NO. CV 21-3166-JWH(E)
                                    )
12                  Plaintiff,      )
                                    )
13       v.                         )   ORDER TO SHOW CAUSE
                                    )
14  WARDEN LINDA SAUNDERS, ETC.,    )
                                    )
15                                  )
                    Defendants.     )
16  _____)
17
18       Plaintiff filed a complaint on January 20, 2021 in the United
19  States District Court for the Southern District of California.  On
20  April 13, 2021, the action was transferred to this Court.  It appears
21  that proper service of the summons and complaint was not made upon
22  any defendant within 90 days after the filing of the complaint.
23  Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil
24  Procedure, IT IS ORDERED that, within thirty (30) days of the date of
25  this Order, Plaintiff shall show cause, if there be any, why proper
26  service was not made within the 90-day period and why this action
27  should not be dismissed without prejudice for want of prosecution.
28  Plaintiff shall attempt to show such cause by filing a declaration,
```

signed under penalty of perjury. Failure timely to file such a declaration may result in the dismissal of this action without prejudice.

DATED: August 17, 2021.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE