JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT ALLEN SEARS,<br><br>      Plaintiff,<br><br>  v.<br><br>WARDEN LINDA SAUNDERS, ETC.,<br><br>      Defendants. | NO. CV 21-3166-JWH(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that the action is **DISMISSED without prejudice**.

DATED: October 18, 2021

/s/ John W. Holcomb

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE